UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION at FRANKFORT

CIVIL ACTION NO. 07-71-GWU

LINDA N. BOYETTE,                                                                                    PLAINTIFF,

VS.                                                **JUDGMENT**

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL SECURITY,                                          DEFENDANT.

\* \* \* \* \* \* \* \* \* \* \* \*

In compliance with Fed. R. Civ. P. 58,

IT IS HEREBY ORDERED AND ADJUDGED that:

(1)   the administrative decision is REVERSED and REMANDED for further consideration pursuant to Sentence Four of 42 U.S.C. § 405(g); and

(2)   the above-styled action is STRICKEN from this Court's active docket.

This the 20th day of August, 2008.

Signed By:

G. Wix Unthank 

**United States Senior Judge**